IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Demitrieus Howard,

    Petitioner,

v.                                    Case No. 2:09-cv-402

Belmont County Common Pleas        Judge Michael H. Watson
Court,

    Respondent.

## ORDER

On June 23, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

                                                /s/ Michael H. Watson
                                                Michael H. Watson, Judge
                                                United States District Court